UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>TAMEKA MARIE SNOWDEN<br><br>  Defendants<br>_____ / | CASE NO. 1:09-CR-00085 LJO<br><br>**ORDER ON DEFENDANT'S PETITION TO DISCLOSE PROBATION RECORDS; ORDER SUGGESTING THE SETTING OF AN EVIDENITARY HEARING CONCERNING THE UNCHARGED CONDUCT; NOTICE OF COURT'S INCLINATION TO SENTENCE ABOVE GUIDELINES** |

The Court has received and reviewed:

    1. the Defendant's Petition for Disclosure of Certain Probation Records;

    2. the Defendant's Sentencing Memorandum with exhibits;

    3. Probation's Response to Defendant's Disclosure Petition.

A close reading of the Defendant's Sentencing Memorandum has focused this Court both on the overwhelming misconduct of the Defendant, as well as the allegedly valid reasons to excuse much of that conduct based on the Defendant's personal history. That reading results in this Court's Notice to the Defendant of this Court's intent to depart upwardly from the Guideline Range of 6-12 months, and instead sentence the Defendant at the maximum statutory level of 2 years.

The basis for the request to disclose probation records is that the Defendant believes she has

a disagreement with Probation about uncharged conduct.  Probation's Response to the Disclosure Petition leads this Court to believe that there may not be the disagreement at all.  That coupled with the legal reasons cited in Probation's response, and the legal authority provided by Probation that this Court adopts by reference herein, leads to the Court's determination that the best, most expeditious and most fair process is to set a time for a contested evidentiary sentencing hearing.  At that hearing, unless the Court finds that there is cause for it to conclude that there is a credibility question concerning probation's testimony and/or reports, there will be no disclosure of Probation's file material.  Absent such a finding, the curious desire of counsel would be all that would be needed to swallow both the rule of confidentiality for probation reports and  the reason for the rule in the first place.

Counsel are therefore to have their calendars to set the evidentiary hearing on Monday, May 21, 2012 at 8:15 a.m..

IT IS SO ORDERED.

**Dated:   May 18, 2012**                          **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES DISTRICT JUDGE